Jesse C. RICHARDS, Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 00–7157.

United States Court of Appeals,
Federal Circuit.

Feb. 6, 2001.

ON MOTION

ORDER

The Secretary of Veterans Affairs moves without opposition for a remand to the United States Court of Appeals for Veterans Claims for further proceedings consistent with the Veterans Claims Assistance Act of 2000, Pub.L. No. 106–475, 114 Stat. 2096 and *Winters v. Gober,* 219 F.3d 1375 (Fed.Cir.2000).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) The revised official caption is reflected above.

Louis F. RACITANO, Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 00–7175.

United States Court of Appeals,
Federal Circuit.

Feb. 6, 2001.

ON MOTION

ORDER

The Secretary of Veterans Affairs moves without opposition for a remand to the United States Court of Appeals for Veterans Claims for further proceedings consistent with the Veterans Claims Assistance Act of 2000, Pub.L. No. 106–475, 114 Stat. 2096.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) The revised official caption is reflected above.